EMMA KUHN et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent, Impleaded with Others.

SAMUEL S. KAUFMAN et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent, Impleaded with Others.

(Argued May 23, 1934; decided June 8, 1934.)

*Joseph A. Seidman* for appellants.

*John A. Kelly* for respondent.

In each case, order affirmed, with costs; and question, certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.